■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEAN LAROCHE, Appellant. [37 NYS3d 877]—Judgment, Supreme Court, New York County (A. Kirke Bartley, Jr., J.), rendered February 6, 2014, convicting defendant, upon his plea of guilty, of attempted robbery in the second degree, and sentencing him to a term of 2½ years, unanimously affirmed.

Defendant's challenges to the voluntariness of his plea are unpreserved, since he failed to make an appropriate postallocution motion or otherwise raise these challenges in the plea court, despite ample opportunity to do so within the many months between his guilty plea and sentencing (see People v Williams, 27 NY3d 212, 219 [2016]). Under the circumstances here, the narrow exception to the preservation requirement set forth in People v Louree (8 NY3d 541, 545-546 [2007]) is inapplicable. We decline to review this unpreserved claim in the interest of justice. Concur—Friedman, J.P., Andrias, Richter, Gische and Kahn, JJ.